(125 So. 928)

Matthew WILLIAMS v. STATE. (6 Div. 773.)

Court of Appeals of Alabama. Jan. 24, 1930.

PER CURIAM. Appeal dismissed by appellant.

(125 So. 928)

Matthew WILLIAMS v. STATE. (6 Div. 774.)

Court of Appeals of Alabama. Jan. 24, 1930.

PER CURIAM. Appeal dismissed by appellant.

(119 So. 927)

S. C. WILLIAMS v. STATE. (7 Div. 348.)

Court of Appeals of Alabama. June 19, 1928.
Rehearing Denied Dec. 11, 1928.

RICE, J. Affirmed.

(125 So. 928)

N. A. WILLIAMS et al. v. Mrs. D. M. WILLIAMS. (4 Div. 612.)

Court of Appeals of Alabama. Dec. 19, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

(127 So. 927)

Edward WILLIAMSON v. STATE.
4 Div. 566.

Court of Appeals of Alabama.
April 15, 1930.

RICE, J.
Affirmed.

(121 So. 927)

Cecil WILLIS v. STATE. (5 Div. 738.)

Court of Appeals of Alabama. April 16, 1929.

RICE, J. Appeal dismissed.

(119 So. 927)

C. C. WILSON v. J. B. BLANTON.
(6 Div. 367.)

Court of Appeals of Alabama. Dec. 11, 1928.

BRICKEN, P. J. Affirmed.

(124 So. 927)

Harry WILSON v. STATE. (4 Div. 514.)

Court of Appeals of Alabama. June 18, 1929.

Rehearing Denied Oct. 8, 1929.

A. R. Powell, of Andalusia, for appellant.
Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

RICE, J. This is the second appeal in this case. The first is found reported in 22 Ala. App. 554, 117 So. 615. In the opinion on that appeal we said, we think, all that is necessary to be said, in order to dispose of the instant one. The second trial, from which this appeal is taken, was not materially different from the first. We may, and do, refer to and adopt all that we said in the opinion on the first appeal. 22 Ala. App. 554, 117 So. 615, supra. The error therein pointed out did not recur on the trial resulting in the judgment from which this appeal is taken, and, finding nowhere any prejudicial error, said judgment is affirmed.

Affirmed.

(124 So. 927)

Frank WIMPLE v. STATE. (1 Div. 910.)

Court of Appeals of Alabama. Dec. 6, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.